APPLETON, Appellant, v. CITIZENS' CENT. NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by R. Ross Appleton, receiver, against the Citizens' Central National Bank. J. W. Hutchinson, Jr., for appellant. J. A. Garver, for respondent.

PER CURIAM. Judgment affirmed, with costs, on opinion on former appeal. 101 N. Y. Supp. 1027. Order filed.

McLAUGHLIN, J., dissents on the ground

that plaintiff is entitled to recover the amount which Samuels paid to the defendant.

ARGERSINGER, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Margaret Argersinger against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.